IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

```
KIRSHA BROWN-YOUNGER,         )
                              )
            Plaintiff,        )
                              )
    v.                        )    No.  12 C 1979
                              )
LULU, et al.,                 )
                              )
            Defendants.       )
```

MEMORANDUM ORDER

Pro se plaintiff Kirsha Brown-Younger ("Brown-Younger") has just submitted a self-prepared document captioned "Entry of Default" in which she seeks that relief against one of the defendants, designated as "Barnes and Noble," in her copyright infringement action. In that respect Dkt. 18 is a Process Receipt and Return form executed by the United States Marshals Service, reflecting service on Barnes and Noble at 122 Fifth Avenue, New York, NY 10011, by delivery to someone listed as its "Director of Legal Affairs" (although the handprinted spelling of the person's name is difficult to decipher in some respects, it seems to be Sheedeh Moayery).

It appears from that document that Barnes and Noble is indeed in default for having failed to have filed a responsive pleading within the requisite time frame. If as she has indicated Brown-Younger wishes to obtain a default judgment, she must of course provide a prove-up of her claimed damages, with no notice to the defaulting defendant required because it has failed

to appear in the action (see <u>Zuelzke Tool Eng'g Co. v. Anderson Die Castings, Inc.</u>, 925 F.2d 226, 230-31 (7th Cir. 1991)). This Court will await notification from Brown-Younger as to the timing and procedure she contemplates for such prove-up.

                                                       _____
                                                       Milton I. Shadur
                                                       Senior United States District Judge

Date:  June 14, 2012