**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **KIRSHA BROWN-YOUNGER**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 12 C 1979 |
| | ) |
| **LULU.COM**, et al., | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM ORDER**

This Court has been called upon to write several opinions in this action bought by pro se plaintiff Kirsha Brown-Younger ("Brown-Younger"), most recently the July 3, 2012 memorandum opinion and order that sought to place in proper perspective the matters that had gone before. That July 3 opinion concluded in this fashion:

> As plain as Brown-Younger's multiple Rule 11 violations appear to be, Rule 11(c)(3) calls for her to be given the opportunity to show cause why no such violations have taken place and, in this instance, why dismissal of this action is not an appropriate sanction. This Court orders her to file such a showing on or before July 24, 2012.

Now July 24 has come and gone without any further input from Brown-Younger, even though she has earlier been an extraordinarily active litigant generating multiple filings. It must be assumed, then, that she is unable to show cause as to why she should not be held to have violated Rule 11 in the various respects earlier spoken of by this Court. As for the nature of the sanctions to be imposed because of her multiple violations, dismissal of this action is certainly

appropriate, and this Court so orders.[1] This Court will await input from any defense counsel who may view further sanctions as called for (for example, earlier submissions on behalf of defendant Amazon had included a Rule 11 warning letter sent to Brown-Younger early in the game).

_____
Milton I. Shadur
Senior United States District Judge

Date: July 25, 2012

---

[1] It will be recalled that this Court had earlier stated at page 10 of the July 3 opinion that if what later emerged during these proceedings had been known from the beginning, Brown-Younger would have been denied in forma pauperis status under the standards exemplified by Lee v. Clinton.