IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **KIRSHA BROWN-YOUNGER**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 12 C 1979 |
| | ) | |
| **LULU.COM**, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## SUPPLEMENT TO MEMORANDUM ORDER

This Court's July 25, 2012 memorandum order ("Order") dismissed this action by pro se plaintiff Kirsha Brown-Younger ("Brown-Younger"). This supplement addresses two matters, one substantive and the other procedural, that were omitted from the Order through oversight:

    1. As for substance, the more expansive July 3, 2012 memorandum opinion and order on which the Order relied had also ordered Brown-Younger "to file an appropriate retraction and withdrawal" of the false personal charge that she had launched with the ARDC against Amazon's counsel and to deliver a copy of that retraction and withdrawal "to this Court's chambers solely for informational purposes (not for filing)." Brown-Younger has not done that, nor has she even attempted to voice some arguable justification for having made the ARDC charge to begin with. That total noncompliance with a direct court order is another

manifestation of Brown-Younger's disrespect for the law that ultimately led to the dismissal of her lawsuit.[1]

2. As for the procedural matter referred to earlier, a review of the docket reflects that Dkt. 75, a motion by defendant Barnes & Noble, is still shown as an open item. In light of the action's dismissal, that motion is denied on mootness grounds.

                                                              /s/ William D. Shadur
                                                              Milton I. Shadur
                                                              Senior United States District Judge

Date: July 27, 2012

---

[1] Brown-Younger is fortunate in having dodged another bullet. On July 26 Amazon filed a brief response to the Order stating that it would not pursue its earlier Rule 11 warning letter to Brown-Younger by seeking added sanctions against her in this action.